

# Fourth Court of Appeals
## San Antonio, Texas

December 4, 2019

No. 04-19-00739-CR

Levi L. **ROSS**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 399th Judicial District Court, Bexar County, Texas
Trial Court No. 2018CR7408
Honorable Laura Parker, Judge Presiding[1]

**ORDER**

This appeal is DISMISSED.

It is so **ORDERED** on December 4, 2019.

Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 4th day of December, 2019.

Michael A. Cruz,
Clerk of Court

---

[1] Sitting by assignment.